**CITY OF PHILADELPHIA, Petitioner**

v.

**WORKERS' COMPENSATION AP-
PEAL BOARD (KERSHES),
Respondent.**

Supreme Court of Pennsylvania.

Dec. 31, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of December, 2003, the Petition for Allowance of Appeal is hereby **GRANTED** and the order of the Commonwealth Court is **REVERSED.** See *City of Philadelphia v. WCAB (Szparagowski)*, 831 A.2d 577, 2003 WL 21959994 (Pa. Aug.18, 2003).

Justice THOMAS G. SAYLOR dissents.

**In re ESTATE OF Cyril B.
MOORE, Deceased**

**Petition of Kim MOORE.**

Supreme Court of Pennsylvania.

Dec. 31, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of December 2003, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED and this matter is REMANDED to the Superior Court for review on the merits. *See State Farm Fire and Casualty Co. v. Craley*, 830 A.2d 958 (Pa.2003).